# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1978

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>Daniel ARAUJO-PEREZ<br><br>Defendant | Magistrate Docket No._____<br><br>COMPLAINT FOR VIOLATION OF:<br><br>TITLE 18 U.S.C. § 1544<br>Misuse of Passport (Felony) |

The undersigned complainant, being duly sworn, states:

On or about June 26, 2008, within the Southern District of California, Defendant Daniel ARAUJO-PEREZ did knowingly and willfully use a U.S. Passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry into the United States by presenting U.S. Passport number 424279716, issued to Christian Ivan NAVARRO to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that he was not Christian Ivan NAVARRO, and that the U.S. Passport was not issued or designed for his use; all in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Lynn F. Michaels
Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS**

I, Lynn Falanga Michaels, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1.      I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office.  I have been so employed for ten years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2.      During the performance of my duties, I have obtained evidence that Daniel ARAUJO-PEREZ, hereafter referred to as DEFENDANT, used a U.S. Passport, not belonging to him, as identification to apply for entry into the U.S.  This Affidavit is made in support of a complaint against DEFENDANT for violations of Title 18, U.S.C., Section 1544, Misuse of a Passport.

3.      On or about June 26, 2008, DEFENDANT presented U.S. Passport number 424279716 in the name of Christian Ivan NAVARRO to a CBP Officer with the intent to gain entry to the U.S. DEFENDANT was referred to secondary inspection where he was fingerprinted and a previous criminal record and the true identity of DEFENDANT was revealed.

4.      Affiant conducted checks of the U.S. Department of State U.S. Passport database and learned that U.S. Passport number 424279716 had been issued on May 7, 2007 to Christian Ivan NAVARRO and it was reported lost or stolen on June 17, 2008.

5.      On June 26, 2008 at approximately 1630 hrs, Reporting Agent and a CBP Officer interviewed DEFENDANT at the San Ysidro Port of Entry. DEFENDANT read a Miranda warning and waived his rights by signing this form. DEFENDANT admitted that his true name was Daniel ARAUJO-PEREZ, that his true date of birth was February 21, 1984, that his true place of birth was in Mexico, and that the U.S. Passport he used on this day was not issued to him for his use. DEFENDANT admitted that he purchased the U.S Passport for $100 in Tijuana, Mexico. DEFENDANT stated that he had been living in the U.S. for an extended period of time.

6.      On the basis of the facts presented in this probably cause statement, there is probable cause to believe that:

- DEFENDANT named in this probable cause statement, committed the offense on June 26, 2008 – in violation of Title 18 U.S.C., Section 1544, Misuse of a Passport – when he knowing and willfully used the U.S. Passport belonging to another, Christian Ivan NAVARRO, knowing that it was not issued to him or designed for his use.

Lynn F. Michaels
Special Agent
U.S. Department of State
Diplomatic Security Service