AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUL 2 4 2008

CLERK, U.S. ...
SOUTHERN DIS... ...RNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| DANIEL ARAUJO-PEREZ | CASE NUMBER: 08cr2480-JLS |

I, DANIEL ARAUJO-PEREZ, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 7/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Daniel Araujo_
DANIEL ARAUJO-PEREZ
Defendant

_[signature]_
ROBERT CARRIEDO
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

CJB:lml:7/22/08